UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONNIE P MYERS** | : | **CASE NO. 2:21-CV-02618** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **WALMART INC** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [doc. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 6] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 11th day of July, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE